James Lee THOMPSON

v.

STATE.

Robert Clarence PERRY

v.

STATE.

Nos. 1227–95, 1228–95.

Court of Criminal Appeals of Texas.

April 24, 1996.

On appellee's petition for discretionary review granted: judgment of the Court of Appeals reversed: judgment of trial court affirmed.

David Michael McCLURE, Appellant,

v.

The STATE of Texas, Appellee.

No. 0886–94.

Court of Criminal Appeals of Texas.

June 5, 1996.

On appellant's petition for discretionary review: petition for discretionary review Granted; judgment of Court of Appeals Vacated; cause remanded to Court of Appeals.

Raymond DURAND, Appellant,

v.

The STATE of Texas, Appellee.

No. 1245–94.

Court of Criminal Appeals of Texas.

June 5, 1996.

On appellant's petition for discretionary review: petition for discretionary review Granted on ground 1 only; judgment of Court of Appeals vacated; cause remanded to Court of Appeals.